**O**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIANNE MADDALENA,<br><br>  Plaintiff,<br>  v.<br>DERRICK JOHN TOOLE,<br><br>  Defendant. | Case No. 2:13-cv-04873-ODW(RZx)<br><br>**ORDER CONSOLIDATING RELATED CASES** |

The cases of *Peggy Robinson v. Derrick John Toole*, No. 13-cv-06007-ODW(RZx) (C.D. Cal. filed August 15, 2013) and *Marianne Maddalena v. Derrick John Toole*, No. 13-cv-04873-ODW(RZx) (C.D. Cal. filed July 5, 2013) are pending before this Court. Both actions present substantially identical questions of law and fact. Plaintiffs Maddalena and Robinson allege that Defendant Derrick Toole illegally installed software on their computers to intercept their electronic messages in violation of 18 U.S.C §§ 1030, 2510, and 2701, and California common law. Additionally, Plaintiff Peggy Robinson filed a Notice of Related Cases in accordance with Local Rule 83-1.3 agreeing that "identical legal issues [are] presented in these cases." (ECF No. 4.)

/ / /

/ / /

Accordingly, it is hereby **ORDERED** that these cases are consolidated for all purposes, including trial, with case No. 13-cv-04873-ODW(RZx) serving as the lead case. All orders, pleadings, motions, and other documents should be filed **only in the lead case.**

**IT IS SO ORDERED.**

September 17, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2